\*\* E-filed June 24, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERD GOETTE,<br><br>  Plaintiff,<br><br>  v.<br><br>SIEMENS VENTURE CAPITAL, et al.,<br><br>  Defendants.<br>_____/ | No. C11-01631 HRL<br><br>**ORDER DENYING THE PARTIES SEPARATE REQUESTS TO APPEAR BY TELEPHONE AND ORDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>**[Re: Docket Nos. 6, 7]** |

Both Plaintiff's counsel and Defendants' counsel have submitted requests to appear by telephone at the Initial Case Management Conference set for June 28, 2011 at 1:30 p.m. Docket Nos. 6, 7. Both parties' counsel simply state that appearing by telephone would "accommodate scheduling conflicts and promote preservation of [their respective] resources." Docket No. 6 at 2; Docket No. 7 at 2.

The court finds good cause lacking, especially in light of the parties' failure to file a Joint Case Management Statement as required. See Docket No. 4. The parties' requests are DENIED.

The parties are also reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than June 27, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a

United States District Judge. <u>See</u> N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: June 24, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-01631 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Andrew Field Pierce | apierce@pierceshearer.com, christina@pierceshearer.com, lauren@pierceshearer.com, rita@pierceshearer.com |
| Matthew C. Kane | mkane@mcguirewoods.com, rmorrissette@mcguirewoods.com |
| Scott Adam Berman | scott@pierceshearer.com |
| Sylvia Jihae Kim | skim@mcguirewoods.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**