UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERD GOETTE, | ) Case No.: 11-CV-01631-LHK |
| Plaintiff, | ) ORDER CONTINUING CASE |
| v. | ) MANAGEMENT CONFERENCE |
| | ) PURSUANT TO NOTICE OF |
| SIEMENS VENTURE CAPITAL, ET AL., | ) SETTLEMENT |
| Defendants. | ) (re: dkt. #13) |

On July 13, 2011, the parties filed a Notice of Settlement, informing the Court that the case has settled. *See* Dkt. #13. The parties expect to finalize the settlement terms, pay the settlement amount, and file a stipulation of dismissal by August 26, 2011. In light of the settlement, the parties request that the Court continue the July 20, 2011 case management conference to a date after August 26, 2011. Pursuant to the parties' representations that the case has settled and that they will file a stipulation of dismissal by August 26, 2011, the Court continues the July 20, 2011 case management conference to Wednesday, September 7, 2011 at 2:00 p.m. If the parties file a stipulation of dismissal as anticipated, the Court will vacate the September 7, 2011 case management conference. If the parties do not finalize the settlement, the parties must file a case

//

//

1

Case No.: 11-CV-01828-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1    management statement by August 31, 2011 and should expect to litigate the case on an expedited
2    basis.
3    **IT IS SO ORDERED.**

5    Dated: July 14, 2011

_____
LUCY H. KOH
United States District Judge