**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERD GOETTE, | ) Case No.: 11-CV-01631-LHK |
| Plaintiff, | ) ORDER REQUIRING PARTIES TO |
| v. | ) FILE STIPULATION OF DISMISSAL |
| | ) OR JOINT CASE MANAGEMENT |
| SIEMENS VENTURE CAPITAL, ET AL., | ) STATEMENT |
| Defendants. | ) |

On July 13, 2011, the parties filed a Notice of Settlement, informing the Court that the case has settled. *See* Dkt. #13. The parties represented to the Court that they expected to finalize the settlement terms, pay the settlement amount, and file a stipulation of dismissal by August 26, 2011.

In light of the settlement and the parties' express representations, the Court granted the parties' request to continue the July 20, 2011 case management conference to September 7, 2011. *See* July 14, 2011 Order, Dkt. #14. In its July 14, 2011 Order, the Court stated: "If the parties file a stipulation of dismissal as anticipated, the Court will vacate the September 7, 2011 case management conference. If the parties do not finalize the settlement, the parties must file a case management statement by August 31, 2011 and should expect to litigate the case on an expedited basis." *See id*. at 1-2. As of the date of this Order, the parties have not filed a stipulation of dismissal. In violation of this Court's July 14, 2011 Order and Civil Local Rule 16-10, the parties have also not filed a joint case management statement.

1

Case No.: 11-CV-01631-LHK
ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT

Accordingly, **by 1:00 p.m., Friday, September 2, 2011**, the parties must file either: (1) a stipulation of dismissal; or (2) a joint case management statement, which shall include an explanation for their delay and an expedited case schedule.

**IT IS SO ORDERED.**

Dated: September 1, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge