UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERD GOETTE, | ) Case No.: 11-CV-01631-LHK |
| Plaintiff, | ) ORDER CONTINUING SEPTEMBER 7, |
| v. | ) 2011 CASE MANAGEMENT |
| | ) CONFERENCE |
| SIEMENS VENTURE CAPITAL, ET AL., | ) |
| Defendants. | ) |

The parties in this action have represented that the case has settled. In a filing dated September 2, 2011, the parties state that the final settlement agreement will be executed and delivered to Plaintiff no later than September 5, 2011. *See* Dkt. #16. The parties request a continuance of the September 7, 2011 case management conference "for four weeks subject to the Court's schedule and discretion." The parties' request for a continuance is GRANTED. However, it is not clear why the parties need an additional four weeks. Accordingly, the September 7, 2011 case management conference is continued to Wednesday, September 21, 2011 at 2:00 p.m. **By Wednesday, September 14, 2011**, the parties must file either: (1) a stipulation of dismissal; or (2) a joint case management statement. No further requests for extensions shall be granted.

**IT IS SO ORDERED.**

Dated: September 6, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01631-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE