Andrew F. Pierce, Esq. (State Bar No. 101889)
Scott A. Berman, Esq. (State Bar No. 191460)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA  94303
Phone (650) 843-1900
Fax    (650) 843-1999

Attorneys for Plaintiff
GERD GOETTE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERD GOETTE,<br><br>            Plaintiff,<br><br>vs.<br><br>SIEMENS VENTURE CAPITAL, GmbH, SIEMENS VENTURE CAPITAL, INC., and SIEMENS FINANCIAL SERVICES, INC., and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. CV 11-01631 LHK<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

IT IS ORDERED THAT, pursuant to FRCP 41(a)(1), the above-referenced action is dismissed with prejudice.

Dated:   September 16, 2011

_____
The Honorable Lucy H. Koh
Judge, United States District Court

1
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE